UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **HELLENIC BANK PUBLIC COMPANY LIMITED** | : CIVIL ACTION NO. 1:190-cv-00086-MAC |
| | : |
| **VERSUS** | : ADMIRALTY |
| | : |
| **ORIENT ALLIANCE SHIPPING COMPANY LIMITED,** *in personam*, **and M/V ORIENT ALLIANCE,** *her engines, tackle, appurtenances, apparel, etc., in rem* | : JUDGE MARCIA CRONE |

## **WARRANT OF ARREST**

To: The United States Marshal for the Eastern District of Texas

WHEREAS, Plaintiff Hellenic Bank Public Company Limited, filed a Verified Complaint in the United States District Court for the Eastern District of Texas, Beaumont Division, on February 19th, 2009, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure seeking the arrest and enforcement of maritime lien against Defendant, M/V ORIENT ALLIANCE, her engines, freights, tackle, apparel, etc., *in rem*.

WHEREAS the Court reviewed the Motion for Issuance of Warrant of Arrest and Original Verified Complaint and Verifying Affidavit of Plaintiff Hellenic Bank Public Company Limited, and found that the conditions for an *in rem* action appeared to exist, and entered an Order for Issuance of Warrant for the Arrest of Vessel so stating and ordering the United States District Clerk for the Eastern District of Texas to issue a warrant for the arrest of Defendant, M/V ORIENT ALLIANCE, her engines, freights, tackle, apparel, etc., *in rem*, and directing the United States Marshal for the Eastern District of Texas to:

3339293-1

(1) Seize the M/V ORIENT ALLIANCE, her engines, freights, tackle, apparel, etc., and (2) Serve a copy of the complaint and the warrant for the seizure on the persons in possession of the vessel or his agent; and (3) Return the warrant promptly.

NOW THEREFORE, I hereby empower, strictly charge and command you, the said Marshal, to (1) Seize the M/V ORIENT ALLIANCE, her engines, freights, tackle, apparel, etc., *in rem* and (2) Serve a copy of the complaint and the warrant for the arrest on the persons in possession of the vessel or his agent; and (3) Return the warrant promptly.

Pursuant to the Court's Order for Issuance of Warrant for the Arrest of Vessel, at the risk and expense of the vessel's interests, the vessel may be released from seizure without a further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure stating that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the Court has not entered an order to the contrary.

In accordance with applicable local rules, Plaintiff Hellenic Bank Public Company Limited agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies from and against any and all liabilities as a result of arresting the aforesaid vessel.

Witness, the Honorable _____, Judge of the United States District Court for the Eastern District of Texas, this <u>19</u> day of February, 2019.

                                      United States District Clerk for the Eastern District of Texas

                               By:_____
                                        Deputy Clerk