UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HELLENIC BANK PUBLIC COMPANY LIMITED<br><br>VERSUS<br><br>ORIENT ALLIANCE SHIPPING COMPANY LIMITED, *in personam*, and M/V ORIENT ALLIANCE, *her engines, tackle, appurtenances, apparel, etc., in rem* | CIVIL ACTION NO. 1:190-cv-00086-MAC<br><br>ADMIRALTY<br><br>JUDGE MARCIA CRONE |

## WRIT OF ATTACHMENT AND GARNISHMENT

To: The United States Marshal for the Eastern District of Texas, or to his/her lawful Deputy,

GREETINGS:

WHEREAS, a Verified Complaint has been filed in this Court on the 19th day of February, 2019, in the action numbered and entitled as above, with a claim for damages in the approximate amount of $23,992,862.90 plus Euro 27,214.86 together with a prayer for attachment and garnishment, and accompanied by an affidavit that the Defendants in said suit cannot be found within this District:

NOW THEREFORE, you are hereby commanded to attach the Defendants' goods and chattels, or credits and effects in your District, including the M/V ORIENT ALLIANCE, to the amount sued for, and in particular $23,992,862.90 plus Euro 27,214.86.

If tangible property, including the M/V ORIENT ALLIANCE, is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

3339298-1

If intangible property is attached you shall execute this process by leaving with the named garnishee(s) of other obligor(s) a copy of the complaint and this process, or you may accept for payment into the registry of the Court the amount owed to the extent of the amount claimed by the plaintiff, as set forth herein, with interest and costs.

TO THE GARNISHEE(S): you are hereby summoned and required to serve upon Plaintiff's attorneys Daniel A. Tadros and Alan R. Davis, whose address is 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300, an answer to the complaint together with answers to any interrogatories served with the complaint, within 20 days after service of this process upon you. If you deposit with the Marshal the amount owed by you, to the extent of the amount claimed by the plaintiff, as set forth herein, together with interest and costs, you need not answer.

United States District Clerk for the Eastern District of Texas

By: *Adele McMillan*
Deputy Clerk

WITNESS, the Honorable __Zack Hawthorn__, Magistrate Judge of the United States District Court for the Eastern District of Texas, this _19_ day of __February__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Note: Rule B(3)(6) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "the defendant shall serve his answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee."

ISSUED FOR: Daniel A. Tadros, 2300 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-2300